UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RICHARD HINES AND WARREN YOCHAM, :

                Plaintiffs, : REPORT AND RECOMMENDATION

      -v.- : 08 Civ. 4362 (PKC) (GWG)

MIKE HINES, DR. MIHELL KAPLAN, :
THE STATE OF NEW YORK, AND
MANHATTAN PSYCHIATRIC CENTER, :

                Defendants. :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/08

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**

The complaint in this matter was filed on May 9, 2008. On May 15, 2008, Judge Castel issued an Order informing plaintiffs that they were required either to serve the summons and complaint within 120 days of filing, or to seek an extension of this deadline by showing good cause for his failure to effectuate service. This Order specifically informed the plaintiffs that their case could be dismissed if they failed to comply with these directives.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The 120-day period permitted under Rule 4(m) expired on September 8, 2008. To date, there has been no proof of service filed with respect to any of the defendants in this matter. Nor has there been an application for an extension of time that shows good cause for such failure. In addition, the Court's clerk has learned from the Marshal's Service that it has received no request from plaintiffs to effectuate service.

For these reasons, and because this is not a case in which the Court should exercise its discretion to grant an extension in the absence of good cause, see Zapata v. City of New York, 502 F.3d 192 (2d Cir. 2007), this matter should be dismissed without prejudice pursuant to Rule 4(m).

## PROCEDURE FOR FILING OBJECTIONS TO THIS
## REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have ten (10) days from service of this Report to file any objections. See also Fed. R. Civ. P. 6(a), (e). Such objections (and any responses to objections) shall be filed with the Clerk of the Court, with copies sent to the Honorable P. Kevin Castel, 500 Pearl Street, New York, New York 10007. Any request for an extension of time to file objections must be directed to Judge Castel. If a party fails to file timely objections, that party will not be permitted to raise any objections to this Report and Recommendation on appeal. See Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

Dated: September 16, 2008
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copies mailed to:

Richard Hines
Dunlap 4B
600 East 125th Street
New York, NY 10035

Warren Yocham
Dunlap 4B
600 East 125th Street
New York, NY 10035